**Tiran Rodez CASTEEL, Appellant,**

v.

**Bill McCARTHY; Polk County Jail; Prison Health Services; Johnson Diversey Inc.; Mercy Hospital Medical Center; Solvay Pharmaceuticals Inc., Appellees.**

**No. 10–2075.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 1, 2010.

Filed: Sept. 7, 2010.

Tiran Rodez Casteel, Des Moines, IA, pro se.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Tiran Casteel appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action alleging numerous

---

1. The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

constitutional violations. Upon careful de novo review, we conclude that dismissal was proper. *See Cooper v. Schriro,* 189 F.3d 781, 783 (8th Cir.1999) (standard of review); *Farmer v. Brennan,* 511 U.S. 825, 834, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) (to prevail on Eighth Amendment claim, prisoner is required to show that challenged condition presented substantial risk of serious harm and that prison officials acted with deliberate indifference toward that risk); *see also Shade v. City of Farmington,* 309 F.3d 1054, 1058 n. 6 (8th Cir.2002) (arguments not briefed are considered abandoned on appeal).

Accordingly, the judgment is affirmed. *See* 8th Cir. R. 47B.